128

## JAMES RIVINGTON
v.
## WILLIAM ROBISON AND HUGH ROBISON MARTIN, LATE MERCHANTS IN COMPANY UNDER THE FIRM OF ROBISON & MARTIN

1808

### JOURNAL ENTRIES

1. Judgment prayed; declaration filed . . . . *Journal, infra,* *p. 139
2. Rule to enter special bail . . . . . . . . . . " 157
3. Plea filed . . . . . . . . . . . . . " 166
4. Plea filed; replication; issue; special bail . . . . . " 174
5. Rule for commission to take depositions . . . . . " 175
6. Jurors; verdict; judgment . . . . . . . . . . " 212

### PAPERS IN S. C. FILE

1. Declaration . . . . . . . . . . . . . . . . . .
2. Plea of non assumpsit and payment . . . . . . . . . .
3. Subpoena for Robert Forsyth . . . . . . . . . .
4. Affidavit for continuance . . . . . . . . . . . .
5. Promissory note . . . . . . . . . . . . . .

### PAPERS IN D. C. FILE

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . . .
3. Writ of habeas corpus and return . . . . . . . . . .